UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

In re:

                              ORDER DIRECTING PAYMENT

FUND 6133BK/6047BK
UNCLAIMED DIVIDENDS TRANSFERRED
TO UNITED STATES TREASURY

---------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Robert J. Kiggins is entitled to an unclaimed dividend in the amount of $537.39.

NOW it is

ORDERED, that the United States Treasury, by check, pay to xxx-xx-6734 in the amount of $537.39 as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

*January 5, 2007*

/s/ Stuart M. Bernstein
------------------------
Bankruptcy Judge

In re:

Case No. *96-21671*

{00015826.DOC.}